Wolfe Thompson
Attorney for Homeowner
Association Services, Inc.
NSB 6463
6785 S. Eastern Ave. Ste 4
Las Vegas, NV 89119
702-263-3030
wolfe@wolfelawyer.com

# US District Court for District of Nevada

♠ ♥ ♦ ♣

| | |
|---|---|
| HOMEOWNER ASSOCIATION SERVICES, INC., <br><br> Plaintiff, <br><br> VS. <br><br> The Unknown Heirs of KENNETH A. STEBBING and IRIS STEBBING, husband and wife and the marital community composed thereof; BANK OF AMERICA, N.A.; REPUBLIC SILVER STATE DISPOSAL, INC., DBA REPUBLIC SERVICES; LAS VEGAS VALLEY WATER DISTRICT, a governmental agency; US DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive, <br>    Defendants, <br>                 Defendants. | Case No. 2:15-CV-00966-KJD-PAL <br><br> ORDER FOR DEPOSIT OF INTERPLEADER FUNDS |

The parties having appeared at a status conference on January 26, 2016, before Magistrate Judge Peggy A. Leen, and having agreed that the sum of $19,090.79 in interpleader funds should be deposited by plaintiff's counsel to the registry of the court, it is hereby,

ORDER FOR DEPOSIT OF INTERPLEADER FUNDS– 1



1    ORDERED that plaintiff's counsel shall forthwith deposit interpleader funds of
2 $19,090.79 to the registry of the court.

3

4    DATED: January 29, 2016

5

6

7                                          By: _____
                                           UNITED STATES DISTRICT JUDGE/
8                                          UNITED STATES MAGISTRATE
                                           JUDGE

ORDER FOR DEPOSIT OF INTERPLEADER FUNDS– 2

WOLFE THOMPSON PS